HOUSE OF GOOD SHEPHERD, INC., D.B.A. ROSEMONT SCHOOL, APPELLANT, *v.* LIMBACH, TAX COMMR., APPELLEE.

[Cite as House of Good Shepherd, Inc. *v.* Limbach (1988), 37 Ohio St. 3d 244.]

(No. 87-1268—Submitted May 16, 1988—Decided June 29, 1988.)

*Butler, Cincione, DiCuccio & Dritz, Alphonse P. Cincione* and *John C. Dowling,* for appellant.

*Anthony J. Celebrezze, Jr.,* attorney general, and *Richard C. Farrin,* for appellee.

The decision of the Board of Tax Appeals dismissing the purported appeal from the final order of the Tax Commissioner is affirmed on the authority of *Fineberg* v. *Kosydar* (1975), 44 Ohio St. 2d 1, 73 O.O. 2d 1, 335 N.E. 2d 705, and *Clippard Instrument Laboratory, Inc.* v. *Lindley* (1977), 50 Ohio St. 2d 121, 4 O.O. 3d 279, 363 N.E. 2d 592.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

---

DILLON, APPELLANT, *v.* AKRON CITY HOSPITAL ET AL., APPELLEES.

[Cite as Dillon *v.* Akron City Hosp. (1988), 37 Ohio St. 3d 244.]

(No. 87-1402—Submitted May 24, 1988—Decided June 29, 1988.)

*Nukes & Perantinides* and *Linda Tucci Teodosio,* for appellant.

*Gary A. Banas,* for appellee A. J. Cook, M.D.

*Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Dale L. Kwarciany* and *Robert C. Seibel,* for appellee Duane L. Donovan, M.D.

*Roetzel & Andress, K. Richard Aughenbaugh* and *Drew Carson,* for appellees Akron City Hospital, D. S. Wagner, M.D., and Louis C. Galdieri, M.D.

The judgment of the court of appeals is affirmed on the authority of *Hershberger* v. *Akron City Hosp.* (1987), 34 Ohio St. 3d 1, 516 N.E. 2d 204.

MOYER, C.J., LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.